**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Shukh    v.   Seagate Technology, LLC, et al.

No. 14-1406

## UPDATED ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   Alexander M. Shukh
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☑ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Constantine John Gekas |
| Law firm: | GEKAS LAW LTD. |
| Address: | 33 N. LaSalle St., Ste. 2220 |
| City, State and ZIP: | Chicago, IL 60603 |
| Telephone: | 312-726-4501 |
| Fax #: | 312-726-4505 |
| E-mail address: | CJG@gekaslaw.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 5/21/2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| May 2, 2014 | /s/ Constantine John Gekas |
| Date | Signature of pro se or counsel |

cc: Counsel of Record (via CM/ECF)