NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXANDER SHUKH,**
*Plaintiff-Appellant,*

v.

**SEAGATE TECHNOLOGY, LLC, A DELAWARE LIMITED LIABILITY COMPANY, SEAGATE TECHNOLOGY, INC., A DELAWARE CORPORATION, SEAGATE TECHNOLOGY, A HOLDING COMPANY OF THE CAYMAN ISLANDS,**
*Defendants-Appellees,*

**UNKNOWN OWNERS AND ASSIGNEES,**
*Defendant,*

**SEAGATE TECHNOLOGY PLC, AN IRISH PUBLIC LIMITED COMPANY,**
*Defendant-Appellee.*

---

2014-1406

---

Appeal from the United States District Court for the District of Minnesota in No. 0:10-cv-00404-JRT-JJK, Judge John R. Tunheim.

---

**ON MOTION**

---

# O R D E R

Alexander M. Shukh moves for a 21-day extension of time, until June 30, 2014, to file his initial brief and to set a briefing schedule for the parties' briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

(2) The motion to set briefing schedule is moot.

FOR THE COURT

May 21, 2014         /s/ Daniel E. O'Toole
    Date             Daniel E. O'Toole
                     Clerk of Court