**2014-1406**

# United States Court of Appeals for the Federal Circuit

ALEXANDER SHUKH,

*Plaintiff-Appellant,*

v.

SEAGATE TECHNOLOGY, LLC, a Delaware Limited Liability Company, SEAGATE TECHNOLOGY, INC., a Delaware corporation, and SEAGATE TECHNOLOGY, a holding company of the Cayman Islands,

*Defendants-Appellees,*

and

UNKNOWN OWNERS AND ASSIGNEES,

*Defendant,*

and

SEAGATE TECHNOLOGY PLC, an Irish public limited company,

*Defendant-Appellee.*

*Appeal from the United States District Court for the District of Minnesota in No. 0:10-cv-00404-JRT-JJK, Judge John R. Tunheim.*

## NOTICE OF CORRECTION

Constantine John Gekas
GEKAS LAW LTD.
33 North LaSalle Street, Suite 2220
Chicago, Illinois 60602
Tel: (312) 726-4501
Fax: (312) 726-4505
CJG@gekaslaw.com
*Attorney for Appellant*
*Alexander M. Shukh, Ph.D.*

AUGUST 19, 2014

# APPELLANT'S CERTIFICATE OF INTEREST

Counsel for the appellant Alexander M. Shukh certifies the following:

1. The full name of every party or amicus represented by me is: **Alexander M. Shukh.**

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: **Alexander M. Shukh.**

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: **None.**

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

| | |
|---|---|
| James H. Kaster | Constantine John Gekas |
| Cristina Parra Herrera | John C. Gekas |
| Katherine M. Vander Pol | GEKAS LAW LLP |
| Sarah W. Steenhoek | Suite 1700 |
| NICHOLS KASTER PLLP | Eleven South LaSalle Street |
| 4600 IDS Center | Chicago, Illinois 60603 |
| 80 South Eighth Street | |
| Minneapolis, MN 55402 | |

| | |
|---|---|
| Constantine John Gekas | Constantine John Gekas |
| GEKAS LAW LTD. | GEKAS LAW LTD. |
| Suite 1700 | Suite 2220 |
| Eleven South LaSalle Street | 33 N. LaSalle Street |
| Chicago, Illinois 60603 | Chicago, Illinois 60602 |

<u>Constantine John Gekas</u>           <u>/s/ Constantine John Gekas</u>
Name of Counsel                              Signature of Counsel

Law Firm:              GEKAS LAW LTD.
Address:               33 N. LaSalle St., Suite 2220
City, State, ZIP:      Chicago, Illinois 60603
Telephone Number: 312-726-4501
FAX Number:         312-726-4505
E-mail Address:     CJG@gekaslaw.com

ii

 Constantine John Gekas            /s/ Constantine John Gekas
Name of Counsel                            Signature of Counsel

Law Firm:              GEKAS LAW LTD.
Address:               33 N. LaSalle St., Suite 2220
City, State, ZIP:      Chicago, Illinois 60603
Telephone Number:      312-726-4501
FAX Number:            312-726-4505
E-mail Address:        CJG@gekaslaw.com

Pursuant to the Practice Note to Federal Circuit Rule 32, Plaintiff-Appellant Alexander M. Shukh, Ph.D. files this Notice of Correction to its Brief dated August 14, 2014. The following corrections are made in the replacement Corrected Confidential and Non-Confidential Briefs, filed herewith.

|  | **Location in Corrected Brief:** | **Correction as It Appears in Corrected Brief:** | **Changed from:** |
|---|---|---|---|
| 1 | Page 7, line 11. | Human Rights Act. | Humna Rights Act. |
| 2 | Page 9, line 14. | A5258-74. | A5257-74. |
| 3 | Page 14, line3. | A5147-50. | A3986, A3987-3900. |
| 4 | Page 15, line 13. | A3429. | A4323. |
| 5 | Page 17, line 12. | A9092-93. | A9092-91. |
| 6 | Page 17, line 14. | A9095. | A9295. |
| 7 | Page 19, line 5. | A9098-9108. | A9098-9100. |
| 8 | Page 21, line 4. | A+C299572-73; | A9572-73: |
| 9 | Page 22, line 12. | A5258-74. | A5257-74. |
| 10 | Page 24, line 1. | van Ek | va nEk. |
| 11 | Page 25, last line. | A824. | A10956. |
| 12 | Page 26, line 2. | A5394-95. | A3010. |
| 13 | Page 27, line 7 | casewas. | case was. |
| 14 | Page 28, line 13. | A975. | A57. |
| 15 | Page 30, last line. | A1927. | A192. |
| 16 | Page 31, line 8. | A2996. |  |
| 17 | Page 32, lines 1&2. | A3616 & 3633. | A18-19. |
| 18 | Page 32, line 17. | A115. | A111, A117-20. |
| 19 | Page 33, line 6. | A3449-51. | A3349-51. |
| 20 | Page 33, line 8. | A3770-71 | A3370-71. |

|    | Location in Corrected Brief: | Correction as It Appears in Corrected Brief: | Changed from: |
|----|------------------------------|-----------------------------------------------|---------------|
| 21 | Page 33, line 10-11. | non-Seagate client. | no-Seagate client. |
| 22 | Page 33, line 14. | A3322. | A2071-2484. |
| 23 | Page 34, line 5. | A74. | A72. |
| 24 | Page 37, line 14. | the. | the the. |
| 25 | Page 38, line 3. | charging. | chargin. |
| 26 | Page 38, line 8 | against. | agasint. |
| 27 | Page 39, line 11. | A7117-7232. | A6009-61247, A6010-13. |
| 28 | Page 40, line 4. | Remove blank line. | |
| 29 | Page 40, line 6. | A6335. | A5247. |
| 30 | Page 40, line 13. | A139. | A13. |
| 31 | Page 40, line 17. | A7378. | A6263-79. |
| 32 | Page 40, last line. | A7396. | A7378. |
| 33 | Page 48, line 6 | reserved. | |
| 34 | Page 62, line 10. | A72. | App. 31. |
| 35 | Page 63, line 16. | A1920-21 | A1287-88. |
| 36 | Page 104, line 7. | the punitive damage allegations did not fail. | the the punitive damage did no fail. |

\* \* \* \*

August 18, 2014.　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　 /s/ Constantine John Gekas
　　　　　　　　　　　　　　　　Constantine John Gekas
　　　　　　　　　　　　　　　　GEKAS LAW LTD.
　　　　　　　　　　　　　　　　Suite 2220
　　　　　　　　　　　　　　　　33 North LaSalle Street
　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　Tel: (312) 726-4501
　　　　　　　　　　　　　　　　Fax: (312) 726-4505
　　　　　　　　　　　　　　　　CJG@gekaslaw.com

　　　　　　　　　　　　　　　　 *Attorney for Appellant*
　　　　　　　　　　　　　　　　 *Alexander M. Shukh,*
　　　　　　　　　　　　　　　　 *Ph.D..*

# United States Court of Appeals for the Federal Circuit

*Shukh v. Seagate Technology, LLC,* 2014-1406

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by GEKAS LAW LTD., Attorneys for Appellant to print this document. I am an employee of Counsel Press.

On **August 19, 2014,** counsel has authorized me to electronically file the foregoing **Notice of Correction** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

| | |
|---|---|
| Calvin L. Litsey *(principal counsel)* David J.F. Gross Faegre Baker Daniels LLP 1950 University Avenue Suite 450 East Palo Alto, CA 94303 650-324-6700 calvin.litsey@faegrebd.com david.gross@faegrebd.com | Chad Drown Aaron D. Van Oort Elizabeth C. Wright Faegre Baker Daniels LLP 2200 Wells Fargo Center 90 South 7th Street Minneapolis, MN 55402 612-766-8707 chad.drown@faegrebd.com aaron.vanoort@faegrebd.com elizabeth.cowanwright@faegrebd.com |

August 19, 2014

/s/ Robyn Cocho
Counsel Press