NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXANDER SHUKH,**
*Plaintiff-Appellant,*

v.

**SEAGATE TECHNOLOGY, LLC, a Delaware Limited Liability Company, SEAGATE TECHNOLOGY, INC., a Delaware corporation, AND SEAGATE TECHNOLOGY, a holding company of the Cayman Islands,**
*Defendants-Appellees,*

AND

**UNKNOWN OWNERS AND ASSIGNEES,**
*Defendant,*

AND

**SEAGATE TECHNOLOGY PLC, an Irish public limited company,**
*Defendant-Appellee.*

---

2014-1406

---

Appeal from the United States District Court for the District of Minnesota in No. 0:10-cv-00404-JRT-JJK, Judge John R. Tunheim.

---

**ON MOTION**

---

Before O'MALLEY, *Circuit Judge.*

**O R D E R**

Alexander Shukh moves to exceed the word limit and file an extended opening brief. Appellees oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Shukh's opening brief, not to exceed 16,000 words, is due within 21 days of the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30