No. 2014-1406

# United States Court of Appeals for the Federal Circuit

ALEXANDER SHUKH,

*Plaintiff-Appellant*,

v.

SEAGATE TECHNOLOGY LLC, A DELAWARE LIMITED LIABILITY COMPANY, SEAGATE TECHNOLOGY, INC., A DELAWARE CORPORATION, SEAGATE TECHNOLOGY, A HOLDING COMPANY OF THE CAYMAN ISLANDS,

*Defendants-Appellees*,

UNKNOWN OWNERS AND ASSIGNEES,

*Defendant,*

SEAGATE TECHNOLOGY PLC, AN IRISH PUBLIC LIMITED COMPANY

*Defendant-Appellee*.

*Appeal from the United States District Court for the District of Minnesota in Case No. 0:10-cv-00404-JRT-JJK, Judge John R. Tunheim.*

**UNOPPOSED MOTION BY DEFENDANTS-APPELLEES FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

FAEGRE BAKER DANIELS LLP
Calvin L. Litsey
David J.F. Gross
1950 University Avenue, Suite 450
East Palo Alto, California 94303
Tel.: 650-324-6700
Fax: 650-324-6701

FAEGRE BAKER DANIELS LLP
Chad Drown
Charles F. Knapp
Elizabeth Cowan Wright
Aaron D. Van Oort
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: 612-766-7000
Fax: 612-766-1600

# **CERTIFICATE OF INTEREST**

Counsel for Defendants-Appellees, Seagate Technology LLC, Seagate Technology, Inc., Seagate Technology, and Seagate Technology plc certifies the following:

    1.    The full name of every party or amicus represented by me is:

        Seagate Technology plc, Seagate Technology, LLC, Seagate Technology; and Seagate Technology, LLC and Seagate Technology as successors and assigns of Seagate Technology, Inc.

    2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

        None.

    3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

        Seagate Technology (US) Holdings, Inc.; Seagate HDD Cayman; Seagate Technology HDD Holdings; Seagate Technology; Seagate Technology Public Limited Company

    4.    The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this court are:

        Faegre Baker Daniels LLP: Calvin L. Litsey, David J.F. Gross, Charles F. Knapp, Chad Drown, Timothy E. Grimsrud, Elizabeth Cowan Wright, Sarah E. Benjes, Lucas J. Tomsich, Jeya Paul, Joseph A. Herriges

| | |
|---|---|
| October 28, 2014 | /s/ *Calvin L. Litsey* |
| Date | Signature of Counsel |
| | |
| | Calvin L. Litsey |
| | Printed Name of Counsel |

UNOPPOSED REQUEST FOR EXTENSION TO FILE RESPONSE BRIEF

Pursuant to Federal Circuit Rule 26(b), Defendants-Appellees, Seagate Technology LLC, Seagate Technology, Inc., Seagate Technology, and Seagate Technology plc ("Seagate") respectfully move for an additional 16-day extension of time from November 19, 2014 to **December 5, 2014**, in which to file their brief in response to the principal brief of Plaintiff-Appellant Alexander Shukh. Seagate previously moved for a 30-day extension of time to November 19, 2014, that was granted. The parties have conferred and Plaintiff-Appellant Alexander Shukh **does not object** to this motion and **will not file a response** in opposition to this motion.

Seagate seeks the extension because Seagate's counsel are currently and have been engaged with a number of other motions and appeal briefs, including two other appeal briefs and Markman briefing with November due dates, that significantly impact Seagate's ability to prepare its brief in accordance with the current schedule. In addition, Plaintiff-Appellant Alexander Shukh's principal brief raises over ten issues for appeal. The requested extension should not delay the oral argument or consideration of this appeal in light of the schedule for Appeal No. 15-1012, which was recently designated as a companion case for oral argument. (*See* 15-1012, Docket Nos. 1, 12.) For the foregoing reasons, Seagate respectfully requests that the Court grant Seagate's unopposed motion and extend the time for filing Seagate's response brief to December 5, 2014.

Dated: October 28, 2014     **FAEGRE BAKER DANIELS LLP**

*/s/ Calvin L. Litsey*

FAEGRE BAKER DANIELS LLP
Calvin L. Litsey
David J.F. Gross
1950 University Avenue, Suite 450
East Palo Alto, California 94303
Tel.: 650-324-6700
Fax: 650-324-6701

FAEGRE BAKER DANIELS LLP
Chad Drown
Charles F. Knapp
Elizabeth Cowan Wright
Aaron D. Van Oort
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: 612-766-7000
Fax: 612-766-1600

***Attorneys for Defendants-Appellees, Seagate Technology LLC, Seagate Technology, Inc., Seagate Technology, and Seagate Technology plc***

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

                                        */s/        Calvin L. Litsey*
                                              Calvin L. Litsey